UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. ROBINSON, | No. 2:16-cv-2922 KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff, a state prisoner at Folsom State Prison, has filed a letter with the court. No other pleadings have been filed by the plaintiff. Plaintiff's allegations are unclear; indeed, his last sentence reads, "do not file a case yet!" (ECF No. 1 at 3.)

In order to commence a civil rights action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's letter is placed in the file and disregarded. Plaintiff will be provided the opportunity to file a complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

Plaintiff also discusses facts concerning his underlying criminal conviction in Los Angeles County. If plaintiff wishes to challenge the fact or duration of his confinement, he must file a petition for writ of habeas corpus in the U.S. District Court for the Central District of California.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's December 12, 2016 letter (ECF No. 1) is placed in the file and disregarded;

2. Plaintiff is granted thirty days from the date of service of this order to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint. Plaintiff shall also submit, within thirty days from the date of this order, the application to proceed in forma pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $400.00.[2] Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed; and

3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil rights action, a petition for writ of habeas corpus, and the application to proceed in forma pauperis by a prisoner.

Dated:  December 23, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

robi2922.Nocompl

---

[2] The $400.00 is comprised of the $350.00 filing fee and a $50.00 administrative fee. If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $50.00 administrative fee.