UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC M. ROBINSON, | No. 2:16-cv-2922 MCE KJN P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: January 10, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/robi2922.36